## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

VISTA PRODUCTIONS, INC.,

                    Plaintiff,

v.

FLEX RENTAL SOLUTIONS, LLC,

                    Defendant.

Civil Action Case No. __18-2089_____

### VISTA PRODUCTIONS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO CONFIRM FINAL ARBITRATION AWARD

The above-captioned parties have filed a Joint Motion to Confirm Final Arbitration Award (the "Joint Motion") pursuant to the Federal Arbitration Act, 9 U.S.C. § 9. In further support of the Joint Motion, the Plaintiff, Vista Productions, Inc. ("Vista") presents this Memorandum of Law (the "Memo in Support"). For the reasons set forth in the Joint Motion and this Memo in Support, the Court should issue an Order that confirms the final arbitration award entered on November 27, 2017.

## I.  JURISDICTION & VENUE

1.      Vista is a Kansas corporation with a principal place of business in Harrisonville, Missouri.

2.      The Defendant, Flex Rental Solutions, LLC ("Flex") is a Utah limited liability company with a principal place of business in Orem, Utah. Flex has three members, Christopher R. Stein, Todd W. Mortensen and Chad K. Fraughton, each of whom is a resident of the state of Utah.

3.      This Court has original jurisdiction based upon complete diversity between the

Case 2:18-cv-02089   Document 2   Filed 02/21/18   Page 2 of 5

Parties. This matter is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00. Therefore, subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332(a)(1).

4.      The Parties have stipulated to personal jurisdiction and venue of this Court for the purpose of enforcement of this Award.

## II.    BACKGROUND

5.      On or about September 25, 2009, Vista and Flex entered into a Sale and License Agreement (the "Agreement"). Section 16 of the Agreement requires that disputes between the Parties be resolved through binding arbitration.

6.      In accordance with Section 16 of the Agreement, a dispute between the Parties was submitted to binding arbitration. The arbitrator, Brad I. Pearson, is a partner with DeSimone Pearson, L.C. in Kansas City, Missouri. The arbitration proceeding was administered by the American Arbitration Association (the "AAA"), under the AAA Commercial Arbitration Rules.

7.      An evidentiary hearing took place in Kansas City, Missouri, on September 25 – 27, 2017. Both parties were represented by legal counsel at the hearing.

8.      On November 27, 2017, Arbitrator Pearson issued the Award of Arbitrator (the "Award").

## III.    THE FINAL ARIBITRATION AWARD

9.      In the Award, Arbitrator Pearson held that Vista was the prevailing party and Flex was ordered to pay certain amounts to Vista as damages for breaches of the Agreement and breaches of the covenant of good faith and fair dealing. Specifically, the Arbitrator awarded:

    a. **$3,950.00**, for interest on overdue installment payments, due as of August 18, 2017;

2
{00186881.DOC}

      b.   **$404,760.00**, for unpaid Royalty Fees, due as of August 18, 2017;

      c.   **$39,440.00** for interest on unpaid Royalty Fees, due as of August 18, 2017;

      d.   **$291,514.81**, for Attorney's fees, expert witness fees and other expenses (excluding AAA expenses);

      e.   **$24,209.85** for the fees and expenses paid by Vista for the Arbitrator's fees and the AAA's administrative fees.

Award at 4.

10.     The Award also specifies that interest is to be calculated on amounts specified in the Award, at a contract rate of "three percent (3%) in excess of the prime rate as last published in the Money Rates table of <u>The Wall Street Journal</u>." Agreement § 4.1; *see also* Award at 4 ("Interest will accrue at the specified contract rate of 3% per annum over the prime rate on all of the foregoing payments from and after the due date specified until paid in full."). The interest rate applicable from August 19, 2017 through and including December 14, 2017 was 7.25%. The interest rate for the period December 15, 2017 through and including the present is 7.5%.

11.     The Award required that the full amount of all damages, fees and costs be paid by December 27, 2017.

12.     Flex has not yet fully satisfied the Award. Flex paid $250,000 to Vista on December 28, 2017. Flex paid an additional $25,000 to Vista on February 5, 2018. Therefore, it is necessary to confirm and obtain entry of judgment on the Award to enable Plaintiff to commence execution proceedings.

13.     Accordingly, as of the date of filing the Joint Motion, February 21, 2018, the amount owed by Flex to Vista pursuant to the Award is **<u>$503,972.05</u>**, including interest accrued as of that date. Interest continues to accrue at the daily rate of $103.24.

{00186881.DOC}

IV.     **ENFORCEMENT OF FINAL ARBITRATION AWARD**

14.     The Federal Arbitration Act, 9 U.S.C. § 9, authorizes this Court to confirm a final arbitration award. "Confirmation of an arbitration award is a summary proceeding that merely makes what is already a final arbitration award a judgment of the court." *Florasynth, Inc. v. Pickholz*, 750 F.2d 171, 176 (2d Cir. 1984). "[C]onfirmation of an award is mandatory unless the award is vacated, modified or corrected." *Val-U-Const. Co. of S.D. v. Rosebud Sioux Tribe*, 146 F.3d 573, 582 (8th Cir. 1998); *accord Himark Biogas, Inc. v. W. Plains Energy LLC*, No. 14-1070-SAC, 2016 U.S. Dist. LEXIS 45721, *4 (D. Kan. April 4, 2016) ("'[u]nder the FAA, courts may vacate an arbitrator's decision only in very unusual circumstances.'" (quoting *Oxford Health Plans LLC v. Sutter*, 133 S. Ct. 2064, 2068 (2013)).

15.     Here, the non-prevailing party, Flex, stipulates to confirmation of the Award rather than seeking to vacate, modify or correct it. Accordingly, Vista respectfully requests that the Court grant the Joint Motion, confirm the Award, and issue a Final Judgment.

Respectfully submitted by:

/s/ Lisa M. Bolliger
James D. Griffin (Kan. Bar No. 12545)
Lisa M. Bolliger (Kan. Bar No. 25489)
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, MO 64106
Telephone: (816) 268-9400
Facsimile: (8716) 268-9409
E-mail: jgriffin@sakg.com
         lbolliger@sakg.com

Louise Leduc Kennedy, Of Counsel (not admitted in D. Kan.)
WEST HILL TECHNOLOGY COUNSEL, INC.
900 Cummings Center, Suite 206-T
Beverly, MA  01915-6121
(978) 274-7037

{00186881.DOC}

llkennedy@westhillcounsel.com

Kent D.B. Sinclair, Of Counsel (not admitted in D. Kan.)
SINCLAIR LAW, LLC
Box 5503
Beverly, MA 01915
(781) 454-7208
ksinclair@kentsinclair.com

**Counsel for Plaintiff Vista Productions, Inc.**

## CERTIFICATE OF SERVICE

I, Lisa M. Bolliger, hereby certify that a true copy of *Vista Production, Inc.'s Memorandum of Law in Support of Joint Motion to Confirm Final Arbitration Award* was served on counsel for the Defendant by electronic mail and by first-class mail at:

Cynthia J. Sheppeard, Esq.
GOODELL, STRATTON, EDMONDS & PALMER, LLP
515 S. Kansas Avenue,
Topeka, KS 66603
csheppeard@gseplaw.com

/s/ Lisa M. Bolliger
Lisa M. Bolliger

{00186881.DOC}